**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**WESTERN DIVISION**

| | |
|---|---|
| **Christian Employers Alliance**, on behalf of itself and its members,<br><br>*Plaintiff*,<br><br>v.<br><br>**United States Equal Employment Opportunity Commission**, et al.,<br><br>*Defendants*. | **1:25-cv-00007-DLH-CRH**<br><br>**Oral Argument Requested** |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND REQUEST FOR ORAL ARGUMENT**

Plaintiff Christian Employers Alliance (CEA) filed this suit seeking judicial review of the Equal Employment Opportunity Commission ("EEOC")'s final rule, Implementation of the Pregnant Workers Fairness Act, 89 Fed. Reg. 29,096 (Apr. 19, 2024) (codified at 29 C.F.R. pt. 1636) (the "PWFA Rule" or the "Rule"). ECF 1.

The PWFA Rule is contrary to law under the Administrative Procedures Act, 5 U.S.C. § 706(2), because it requires employers to facilitate an employee's abortion and interferes with employers' freedom to speak against abortion or enforce their inconsistent policies. *See* 29 C.F.R. § 1636.3(b) ("related medical conditions" includes "termination of pregnancy … via … abortion"); *id.* pt. 1636, App. A, § III, ¶ 18 ("having or choosing not to have an abortion" is included in pregnancy, childbirth, or related medical conditions). The Rule prevents pro-life employers from speaking freely about pro-life options like adoption. *See id.* § 1636.5(f)(2)). At a minimum, they must give women "time off to attend a medical appointment" for an abortion. 89 Fed. Reg. at 29,104.

CEA now moves for partial summary judgment on Count II of its Complaint. Fed. R. Civ. P. 56. As set out in CEA's brief in support of this motion, there is no genuine dispute as to any material fact and Plaintiff is entitled to judgment as a matter of law. Article III standing is established through the attached declarations, including declarations from two CEA members with standing to sue as employers subject to the PWFA Rule. No administrative record is necessary to resolve whether the PWFA Rule exceeds EEOC's statutory authority; "[t]he 'entire case' on review is a question of law." *Am. Bioscience, Inc. v. Thompson*, 269 F.3d 1077, 1083 (D.C. Cir. 2001); *see Tennessee v. Cardona*, Civ. Action No. 2:24-072, 2024 WL 3584361, at *2 (E.D. Ky. July 16, 2024) (refusing to delay summary judgment while awaiting the complete administrative record). Oral argument would assist the Court in resolving the case's complex questions of constitutional and statutory interpretation.

CEA respectfully requests that the Court vacate or permanently enjoin enforcement of the following portions of the PWFA Rule:

- In 29 C.F.R. § 1636.3(b)'s definition of "Related medical conditions," vacate the phrase: "termination of pregnancy, including via miscarriage, stillbirth, or abortion"; and
- In Appendix A to 29 C.F.R. part 1636, sec. III, regarding 1636.3(b) "Pregnancy, Childbirth, or Related Medical Conditions," paragraph 18, vacate the phrase: "having or choosing not to have an abortion."

Holding these aspects of the PWFA Rule unlawful and setting them aside, *see* 5 U.S.C. § 706, would eliminate the need for relief on CEA's other claims. As a result, there is no just reason to delay appeal, and CEA requests that the Court certify its decision as a partial final judgment under Federal Rule of Civil Procedure 54(b).

## PRAYER FOR RELIEF

CEA respectfully requests that the Court grant this motion for partial summary judgment, declare the PWFA Rule's abortion-facilitation mandate contrary to law, and vacate it under 5 U.S.C. § 706(2) or enjoin Defendants from enforcing it against CEA's members. CEA respectfully requests that the Court hear oral argument on this motion.

Respectfully submitted this 23rd day of May, 2025.

/s/ *Matthew S. Bowman*
**Matthew S. Bowman**
DC Bar No. 993261
**Alliance Defending Freedom**
440 First Street NW, Suite 600
Washington, DC 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622
mbowman@ADFlegal.org

**Julie Marie Blake**
VA Bar No. 97891
**Alliance Defending Freedom**
44180 Riverside Parkway
Lansdowne, Virginia 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4790
jblake@ADFlegal.org

*Counsel for Plaintiff Christian Employers Alliance*