**UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION**

| | |
|---|---|
| CHRISTIAN EMPLOYERS ALLIANCE, on behalf of itself and its members. *Plaintiff*, v. UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; and Andrea R. Lucas, in her official capacity as Acting Chair of the United States Equal Employment Opportunity Commission, *Defendants*. | Case No. 1:25-cv-00007-DLH-CRH |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF CONSENT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE TO OCTOBER 31, 2025**

Defendants, the United States Equal Employment Opportunity Commission ("EEOC" or "Commission") and its Acting Chair Andrea R. Lucas, by undersigned counsel, respectfully request that the Court extend current case deadlines for approximately 90 days to permit the parties to confer about potential resolution of this case. Specifically, Defendants request that the Court extend their deadline to respond to Plaintiff's Motion for Partial Summary Judgment, ECF No. 13, from July 28, 2025, to October 27, 2025, and continue the case management conference scheduled for August 1, 2025, ECF No. 21, to October 31, 2025. Good cause supports this request:

1. This suit challenges portions of an EEOC final rule implementing the Pregnant Workers Fairness Act ("PWFA"), *see Implementation of the Pregnant Workers Fairness Act*, 89 Fed. Reg. 29,096 (Apr. 19, 2024); EEOC guidance discussing, *inter alia*, the scope of Title VII and its prohibitions

on workplace harassment, *see Enforcement Guidance on Harassment in the Workplace* (April 29, 2024), https://www.eeoc.gov/laws/guidance/enforcement-guidance-harassment-workplace; and certain of EEOC's interpretations of Title VII of the Civil Rights Act of 1964 ("Title VII") published on its website. *See* ECF No. 1 (Compl) ¶¶ 2-3.

2. Plaintiff's Complaint was filed on January 15, 2025. *See* Compl. at 52. Defendants filed their answer to the Complaint on June 3, 2025. *See* ECF No. 17.

3. Separately, on May 23, 2025, Plaintiff filed a partial motion for summary judgment on Count II of its complaint, arguing that the Court should vacate or permanently enjoin enforcement of the challenged portions of the EEOC final rule implementing the PWFA. *See* ECF No. 13.

4. Pursuant to this Court's June 10, 2025 order granting an extension, Defendants' response to Plaintiff's partial motion for a partial summary judgment is currently due on July 28, 2025. *See* ECF No. 25.

5. Both the portions of the PWFA final rule and the EEOC harassment guidance challenged in this suit have been vacated by separate courts in final judgments. *See State of Louisiana v. EEOC*, 2:24-cv-691, ECF Nos. 107-108 (W.D. La. May 21, 2025); *State of Texas v. EEOC*, 2:24-cv-173, ECF Nos. 59-60 (N.D. Tex. May 22, 2025). The deadline to appeal the final judgments in *State of Texas* expired on July 21, 2025. The EEOC did not appeal. The EEOC has also indicated to Plaintiffs here that it does not intend to appeal the final judgment in *State of Louisiana*.

6. In light of these developments, the parties have engaged in discussions about whether the parties can reach an agreed resolution of this matter. Allowing those discussions to continue would preserve party resources and promote judicial economy, as any agreed resolution would eliminate the need for further proceedings in this case.

7. For these reasons, Defendants respectfully request that their deadline to respond to Plaintiff's Motion for Partial Summary Judgment, ECF No. 13, be extended from July 28, 2025, to October 27, 2025. Plaintiff consents to this request.

8. Separately, on June 5, 2025, the Court issued an order setting a case management conference for July 1, 2025, at 9:00 AM CDT and instructed the parties to confer and submit a joint

discovery plan two business days prior to the conference. ECF No. 21. On June 10, 2025, the Court granted Defendants' motion to continue that case management conference until August 1, 2025. ECF No. 24.

9. For the same reasons as above, Defendants seek to continue the case management conference from August 1, 2025 to October 31, 2025, or anytime thereafter convenient for the Court. That continuance would similarly allow the parties to continue discussions about resolution of this case without further contested motions or discovery. Counsel for Plaintiff also consent to this request.

Dated: July 24, 2025                                Respectfully submitted,

                                            YAAKOV M. ROTH
                                            Principal Deputy Assistant Attorney General
                                            Civil Division

                                            DIANE KELLEHER
                                            Branch Director

                                            ELIZABETH TULIS
                                            Assistant Branch Director

                                            */s/ Jacob S. Siler*
                                            JACOB S. SILER (DC Bar No. 1003383)
                                            Trial Attorneys
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L Street, NW
                                            Washington, DC 20005
                                            Phone: 202-353-4556
                                            Fax:    202-616-8460
                                            Email:  jacob.s.siler@usdoj.gov

                                            *Counsel for Defendants*