IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Christian Employers Alliance, on behalf of itself and its members,<br><br>        Plaintiff,<br><br>        v.<br><br>United States Equal Employment Opportunity Commission, et al.,<br><br>        Defendants. | **ORDER GRANTING MOTION TO LIFT STAY AND SETTING DEADLINES**<br><br>Case No.: 1:25-cv-00007 |

On October 14, 2025, Defendants filed a *Motion to Stay Case Deadlines in Light of Lapse of Appropriations*. (Doc. No. 31). The stay was requested due to a lapse in appropriations and subsequent government shutdown resulting in Department of Justice attorneys being prohibited by law from working during the shutdown. On October 15, 2025, the court granted the motion and ordered all case deadlines stayed pending further order of the court. (Doc. No. 33).

On November 20, 2025, Defendants filed an unopposed *Motion to Lift Stay*. (Doc. No. 36). Defendants advised that on November 12, 2025, appropriations were restored to the Department of Justice and the U.S. Equal employment Opportunity Commission, and so request the court lift the stay of case deadlines and clarify deadlines pertaining to a pending motion for partial summary judgment and reschedule the scheduling conference that was originally set for October 31, 2025.

The court **GRANTS** Defendants' motion (Doc. No. 36) and orders that the stay be lifted. Defendants shall respond to the *Motion for Partial Summary Judgment* (Doc. No. 13), by January 30, 2026. The Scheduling Conference shall be rescheduled for February 2, 2026, at 10:30 AM by telephone. To participate in the conference, the parties shall call 571-353-2301 and enter ID 292466149 followed by #.

**IT IS SO ORDERED.**

Dated this 21st day of November, 2025.

>　　　　　　　　　　　　　　　　　*/s/ Clare R. Hochhalter*
>　　　　　　　　　　　　　　　　　Clare R. Hochhalter, Magistrate Judge
>　　　　　　　　　　　　　　　　　United States District Court