**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**
**WESTERN DIVISION**

|  |  |
|---|---|
| CHRISTIAN EMPLOYERS ALLIANCE, on behalf of itself and its members, *Plaintiff*, v. UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *Defendants*. | Case No. 1:25-cv-00007-DLH-CRH |

**JOINT STATUS REPORT**

Pursuant to the Court's April 10 Order Granting Request to File Additional Joint Status Report (Doc. No. 47), Plaintiff the Christian Employers Alliance and Defendants the United States Equal Opportunity Commission ("EEOC") and its Chair Andrea R. Lucas, respectfully submit this Joint Status Report.[1]

1.      This case involves Plaintiff's challenge to (1) portions of an EEOC final rule implementing the Pregnant Workers Fairness Act, *see Implementation of the Pregnant Workers Fairness Act*, 89 Fed. Reg. 29,096 (Apr. 19, 2024); and (2) an EEOC guidance document, the *Enforcement Guidance on Harassment in the Workplace* (April 29, 2024) and certain statements on the EEOC's website that discussed discrimination based on gender identity or transgender status.  *See* Doc. No. 1 (Compl.) ¶¶ 2-3.

---

[1]      This Court's April 10 Order set the deadline for this Joint Status Report on May 18, 2026. Undersigned counsel for the government apologizes for missing that deadline, which occurred due to an administrative oversight and through no fault of Plaintiff or Plaintiff's counsel.

2. On January 9, 2026, the Court granted the parties' joint motion to stay proceedings in this case after the parties reached a non-enforcement agreement. *See* Doc. No. 39.

3. On January 22, 2026, the EEOC rescinded the Enforcement Guidance on Harassment in the Workplace with immediate effect. *See* Doc. No. 41. That recission triggered the expiration of the parties' non-enforcement agreement "as to issues related to gender identity." *See* Doc. No. 40. The parties' non-enforcement agreement "as to abortion" is unaffected and remains in force. *Id.*

4. Accordingly, the Court lifted the stay of proceedings in this case in part with respect to Counts I and III-VI as they relate to gender identity. The remaining claims in this case remain stayed pending further action of the EEOC. *See* Doc. No. 40 at 2.

5. Since the lifting of the stay, the parties have been discussing whether there remains any dispute over Counts I and II-VI as they relate to gender identity that requires litigation or whether the parties can reach an agreed resolution of any issues that remain on those portions of the Complaint. The EEOC respectfully requests one additional period of 39 days to consider its position in this case and whether an agreed resolution is possible. The EEOC expects to have a final position on settlement of these claims within that time. Plaintiff does not oppose this request.

6. The parties therefore respectfully request to file another joint status report by June 26, 2026, to apprise the Court of the status of the parties' discussions relating to the claims over which the stay was lifted and whether those claims will need to be litigated.

Dated: May 19, 2026                                Respectfully submitted,

 */s/ Matthew S. Bowman (with permission)*          YAAKOV M. ROTH
**Matthew S. Bowman**                               Principal Deputy Assistant Attorney General
DC Bar No. 993261                                   Civil Division
**Alliance Defending Freedom**
440 First Street NW, Suite 600                      DIANE KELLEHER
Washington, DC 20001                                Branch Director
Telephone: (202) 393-8690
Facsimile: (202) 347-3622                            */s/ Jacob S. Siler*
mbowman@ADFlegal.org                                JACOB S. SILER (DC Bar No. 1003383)
                                                    Trial Attorney

2

**Julie Marie Blake**
VA Bar No. 97891
**Alliance Defending Freedom**
44180 Riverside Parkway
Lansdowne, Virginia 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4790
jblake@ADFlegal.org

*Counsel for Plaintiff*

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-353-4556
Fax:      202-616-8460
Email:  jacob.s.siler@usdoj.gov

*Counsel for Defendants*