**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**WESTERN DIVISION**

| | |
|---|---|
| **Christian Employers Alliance**, on behalf of itself and its members,<br><br>*Plaintiff*,<br><br>v.<br><br>**United States Equal Employment Opportunity Commission**, et al.,<br><br>*Defendants*. | **1:25-cv-00007-DLH-CRH** |

## JOINT MOTION TO ENTER PARTIAL DISMISSAL

All parties hereby submit this joint motion under Fed. R. Civ. P. 41(a)(2) consenting that the Court dismiss with prejudice certain claims as part of approving the attached settlement agreement (Exh. 1), and to retain jurisdiction to enforce the settlement. The claims to be dismissed are Counts I and VI, and the gender identity portions of Counts III, IV, and V. The parties ask the Court to enter the attached proposed order.

The order will leave in place Counts II and VII, and Counts III, IV, and V concerning the Pregnant Workers Fairness Act, all of which are, as of the time of this motion, subject to the Court's current stay. The order also does not resolve Plaintiff's requests for attorneys' fees and costs, the deadlines for which would not begin to run until 30 days after all remaining claims are resolved.

Respectfully Submitted this 12th Day of August, 2026, by:

Counsel for Defendants: Counsel for Plaintiff:

**ERIC J. HAMILTON**
Deputy Assistant Attorney General
Civil Division

**DIANE KELLEHER**
Branch Director

*/s/ Jacob S. Siler*
**JACOB S. SILER** (DC Bar No. 1003383)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-353-4556
Fax: 202-616-8460
Email: jacob.s.siler@usdoj.gov

*/s/ Matthew S. Bowman*
**Matthew S. Bowman**
DC Bar No. 993261
**Alliance Defending Freedom**
440 First Street NW, Suite 600
Washington, DC 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622
mbowman@ADFlegal.org