**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| **Christian Employers Alliance**, on behalf of itself and its members,<br><br>Plaintiff,<br><br>vs.<br><br>**United States Equal Employment Opportunity Commission**, and **Charlotte A. Burrows**, in her official capacity as Chair of the United States Equal Employment Opportunity Commission,<br><br>Defendants. | **ORDER OF PARTIAL DISMISSAL**<br><br>Case No. 1:25-cv-007 |

Before the Court is a joint motion for partial dismissal filed on August 12, 2026. See Doc. No. 52. The Court **GRANTS** the motion (Doc. No. 52), **ADOPTS** the parties' settlement agreement (Doc. No. 52-2), and **ORDERS** the following:

1. Counts I and VI, and Counts III, IV, and V concerning gender identity, are dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice;
2. Counts II and VII, and Counts III, IV, and V concerning the Pregnant Workers Fairness Act, proceedings concerning which are currently stayed, remain pending;
3. This Court retains jurisdiction over the Settlement Agreement for purposes of enforcement of its terms and conditions; and
4. Plaintiff's claims for costs and attorneys' fees under all counts remain viable. The deadline to file a motion for those costs and fees will be thirty (30) days after all remaining claims are resolved.

**IT IS SO ORDERED.**

Dated this 18th day of August, 2026.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court